
COPY
Judge

Mod AO 442 (09/13) Arrest Warrant    AUSA Name & Telno: Ryan B. Finkel, 212-637-6612

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. S1 19 Cr 579 (VM) |
| TOMAS ANZALDUA, a/k/a "Tommy," | ) | |
| | ) | 7:20-MJ-0163-4 |
| Defendant | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    TOMAS ANZALDUA,   a/k/a "Tommy,"
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute narcotics (21 U.S.C. §§ 841(b)(1)(A), 846)

Date:    12/12/2019

City and state:    New York, New York

*Issuing officer's signature*

HON. SARAH CAVE (U.S.M.J.)
*Printed name and title*

### Return

This warrant was received on *(date)* 12/12/19, and the person was arrested on *(date)* 01/21/20
at *(city and state)* Elsa, Texas.

Date: 01/21/20

*Arresting officer's signature*

TFO Trinidad Gonzalez
*Printed name and title*